UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADRIAN LEVETTE COOPER,<br><br>    Defendant. | Case No. 93-cr-30030-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Adrian Levette Cooper's motion for reconsideration (Doc. 182) of the Court's denial (Doc. 181) of his "3582 Motion" for a sentence reduction to time served (Doc. 180). In its earlier order, the Court reviewed the authorities that would allow it to reduce Cooper's sentence and found either that Cooper had already received the benefit of the authorized reduction or that the reduction was not warranted.

Specifically, as for one of the authorities Cooper cited—18 U.S.C. § 3582(e)—the Court noted that the provision cited is about prohibiting a defendant from associating with certain people as part of a sentence, not about reducing a sentence. In Cooper's current motion, he asserts that he intended to cite 18 U.S.C. § 358**3**(e) rather than 18 U.S.C. § 358**2**(e)—indeed, the citation in his motion is ambiguous because one figure is written over another—which allows modification of a term of supervised release. Specifically, the Court may terminate a term of supervised release early after the defendant has served one year. 18 U.S.C. § 3583(e)(1). Cooper asks the Court to terminate his supervised release under this authority, but the Court cannot do that because Cooper has not yet served a year of his term. In fact, he is still serving his sentence of imprisonment and is due to be released on May 30, 2022. *See* BOP Inmate Locator, https://www.bop.gov/inmateloc/ (visited Mar. 23, 2022). Once he has served one year of his supervised release term, he may

reapply for early termination under 18 U.S.C. § 3583(e)(1).

Cooper also asks the Court to reduce his sentence of imprisonment to time served under 18 U.S.C. § 3582(c)(1)(A), the First Step Act.  The Court declines to reduce Cooper's term of imprisonment to time served for the reasons set forth in its May 7, 2021, order denying a similar request (Doc. 176).

For the foregoing reasons, the Court **DENIES** Cooper's motion for reconsideration (Doc. 182).

**IT IS SO ORDERED.**
**DATED:  March 23, 2022**

                                             s/ J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**